# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
## CHAPTER 13 PLAN (Individual Adjustment of Debts)
July 20, 2009

CASE NO.: 6:08-bk-12407-KSJ

DEBTOR: Paul D. Hurt
Last Four Digits of SS# **2609**

JOINT DEBTOR: Blanca E. Hurt
Last Four Digits of SS#: **8201**

♦ This document is a plan summary.

**MONTHLY PLAN PAYMENT:** Including trustee's fee not to exceed 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for a period of 60 months as follows:

$110.00/month (Months 1 to 60)

in order to pay the following creditors:

Administrative: Chapter 13 Trustee Fee of $10.00/month (Months 1 to 60)
TOTAL PAID: $600.00

Secured Creditors: [Retain Liens pursuant to 11 USC § 1325(a)(5)] Mortgage(s)/Liens on Real or Personal Property:

\* Debtor is 60 days in arrears on payments and thus has added two additional months to the remaining term.

IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION (UTILIZING LOCAL FORM "MOTION TO VALUE COLLATERAL IN PLAN") WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 AND LR 3015-3.

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| | | | | | |

Priority Creditors: [including non-dischargeable debts paid 100% in plan]: N/A.

\*Creditor has amended claim and is not owed any funds.

4. Unsecured Creditors: Pay $100.00/month (Months1 to 60)\*

\*Since the total extent of Debtor's potential civil liabilities are unknown or can not be

determined at this time, Debtor shall amend this plan to increase the dividend to unsecured claimants whose claims are allowed by the Court.

Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above:
1. Debtor shall surrender the Legends Real Property and shall not schedule payments for the related secured debt.

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

Debtor: Paul D. Hurt
Date: 7/20/2009

Joint Debtor: Blanca E. Hurt
Date: 7/20/2009

William M. Reed, Esq.
FBN: 850380
Reed & Archer, LLC
P.O. Box 120280
Clermont, FL 34712-0280
Telephone: (352) 394-1194
Facsimile: (352) 242-3886
Will@reedandarcher.com
Attorney for Debtors

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the Debtor's Chapter 13 Plan has been submitted via electronic transmission to the Chapter 13 Trustee and U.S. Trustee, and has been sent via first-class U.S. mail, postage prepaid to all parties on the attached matrix this 20th day of July, 2009.

William M. Reed, Esq.